IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-00142-MSK-CBS

RUTH O'HARA, as Personal Representative of the Estate of Russell O'Hara,

    Plaintiff,

v.

ELBERT COUNTY, COLORADO, a statutory entity within the State of Colorado,
CHRISTOPHER O'NEAL, individually,
BARBARA CONNER, individually,
BRET COTTRELL, individually,
MARY TURLEY, individually,
DEPUTY BARRY TIPTON, individually,
DEPUTY MICHAEL ANDREWS, individually,
DEPUTY SHANE MCCLURE, individually,
DENNIS THOMPSON, individually,
KIM KNEEDLER, individually, and
GREGG GUST, individually,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    The parties have filed a Joint Stipulation for Dismissal With Prejudice. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that Plaintiff Ruth O'Hara's claims against Defendants Elbert County, Colorado, Christopher O'Neal, Barbara Conner, Bret Cottrell, Mary Turley, Barry Tipton, Michael Andrews, Shane McClure, Dennis Thompson, Kim Kneedler and Gregg Gust should be dismissed with prejudice.

    THEREFORE IT IS ORDERED as follows:

1. That the Joint Stipulation for Dismissal With Prejudice is APPROVED; and

2. That Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE, each party to pay their own attorneys fees and costs.

Dated this 2d day of August, 2005

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

2